Bruce W. Brewer, OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**KAREN WINTER,**                    CIVIL CASE NO. 04-897-JE

         Plaintiff,

ORDER AWARDING
ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT

vs.

**JO ANNE BARNHART,**
Commissioner of Social Security
Administration,

         Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,084.85 are awarded directly to Plaintiff's attorney, Bruce Brewer, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs and expenses to be paid herein.

DATED this 12 day of October, 2005

_____
United States District Judge
Magistrate

1 - ORDER FOR EAJA FEES

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff